In the Matter of the Claim of FRANK ELLSWORTH, Respondent, against VOSSLER BROS. et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

All concur.